UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

FLEETBOSTON ROBERTSON STEPHENS, CIVIL NO. 00-778 (DSD/JMM)

Plaintiff,

v. ORDER

INNOVEX, INC. and
ADLEX SOLUTIONS INC.,

Defendants.

The above matter came on for hearing before the undersigned on December 7, 2000 upon Defendants' Motion to Stay Proceedings During Pendency of Appeal [Docket No. 19]. Terrence Fleming, Esq. appeared on behalf of Defendants; Karen Wilson, Esq. appeared on behalf of Plaintiff.

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED that Defendants' Motion to Stay Proceedings During Pendency of Appeal [Docket No. 19] is denied for the reasons placed on the record.

Dated: December 7, 2000

JOHN M. MASON
United States Magistrate Judge

DEC 07 2000