UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-778 (DSD/JMM)

FleetBoston Robertson Stephens, Inc. (formerly BancBoston Robertson Stephens), a Massachusetts corporation,

Plaintiff,

v.

**ORDER**

Innovex, Inc., a Minnesota corporation, and AdFlex Solutions, Inc., a Delaware corporation,

Defendants.

This matter is before the court on defendants' objections to Magistrate Judge John M. Mason's December 7, 2000 order denying defendants' motion to stay proceedings during pendency of appeal [Doc. No. 19]. Defendants argue that the magistrate judge should have applied a legal standard articulated by the Seventh Circuit in Bradford-Scott Data Corp. v. Physician Computer Network, Inc., 128 F.3d 504, 505 (7th Cir. 1997), later adopted by district courts in New York and Florida. In the alternative, defendants contend that the magistrate judge's application of the four-factor test followed in the Eighth Circuit was contrary to law.

This court will overturn the decision of a magistrate judge on a pre-trial issue only if such decision is "clearly erroneous or contrary to law." 28 U.S.C. § 636(b)(1)(A); D. Minn. L.R.

FILED 1-30-01
FRANCIS E. DOSAL, CLERK
Judgment Ent'd. ____________
Deputy Clerk's Initials ______

72.1(b)(2). In this case, the court finds no reason to reverse the magistrate judge's conclusions. The cases relied upon by defendants in support of their position that a stay is required are not controlling precedent here, therefore the court cannot say that the magistrate judge applied an erroneous legal standard. Nor is there any indication that the magistrate judge incorrectly applied the four-factor test articulated in Fargo Women's Health Org. v. Schafer, 18 F.3d 526, 538 (8th Cir. 1994).

Accordingly, based on a review of the file, record and proceedings herein, **IT IS HEREBY ORDERED** that defendants' motion to stay proceedings during pendency of appeal [Doc. No. 19] is denied.

Dated: January 30, 2001

David S. Doty, Judge
United States District Court