UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

FLEETBOSTON ROBERTSON STEPHENS, CIVIL NO. 00-778 (DSD/JMM)

Plaintiff,

v. ORDER

INNOVEX, INC. and
ADFLEX SOLUTIONS INC.,

Defendants.

The above matter came on for hearing before the undersigned on May 16, 2001 upon Defendants' Motion to Stay Proceedings During Pendency of Appeal [Docket No. 50]. Terrence Fleming, Esq. appeared on behalf of Defendants; Karen Wilson, Esq. appeared on behalf of Plaintiff.

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED that Defendants' Motion to Stay Proceedings During Pendency of Appeal [Docket No. 50] is denied with prejudice insofar as it asks this Court to adopt the standard set forth by the Court of Appeals for the Seventh Circuit in Bradford-Scott Data Corporation, Inc. v. Physician Computer Network, Inc., 128 F.3d 504 (7th Cir. 1997), and denied without prejudice in all other respects, for the reasons placed on the record.

Dated: May 16, 2001

JOHN M. MASON
United States Magistrate Judge

FILED MAY 17 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______