# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

FleetBoston Robertson Stephens, Inc. (formerly BancBoston Robertson Stephens), a Massachusetts corp.,

Case No. Civil 00-778 DSD/JMM

v.

**JUDGMENT IN A CIVIL CASE**

Innovex, Inc., a Minnesota corporation, and ADFlex Solutions, Inc., a Delaware corporation,

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** THAT:

1. Defendants' motion to exclude evidence is denied;

2. Plaintiff's motion for summary judgment is granted; however, plaintiff's request for attorney fees is denied.

DATE: November 15, 2001

RICHARD D. SLETTEN, CLERK

Julie Rustad, Deputy Clerk

82